# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DEJUAN ANDERKO WATKINS | ) |
| | )   Case No:   7:02-CR-106-1F |
| | ) |
| | )   USM No:   21258-056 |
| Date of Original Judgment:    April 14, 2003 | ) |
| Date of Previous Amended Judgment:   May 8, 2009 | )   Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* |    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   162      months **is reduced to**   115   

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 14, 2003 shall remain in effect. **IT IS SO ORDERED.**

Order Date:    *10 - 9 - 2012*

                              *Judge's signature*

Effective Date: _____      James C. Fox, Senior US District Judge
        *(if different from order date)*                           *Printed name and title*