# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Dejuan Anderko Watkins            Docket No. 7:02-CR-106-1F

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dejuan Anderko Watkins, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Attempted Possession with Intent to Distribute Cocaine Base (Crack), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 14, 2003, to the custody of the Bureau of Prisons for a term of 188 months. On May 8, 2009, the term of imprisonment was reduced to 162 months pursuant to 18 U.S.C. § 3582(c)(2). It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall pay a fine of $8,500.

Dejuan Anderko Watkins was released from custody on October 10, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 5, 2013, the defendant committed the offenses of Driving While Impaired and Driving During Revocation, and Misdemeanor Child Abuse. According to the arresting document, the defendant failed to stop at a license checkpoint and was pursued by officers. When stopped, he registered a .15 Blood Alcohol Content, and had a 8 year old child in the car with him. The charge remains pending trial on November 12, 2013. The defendant failed to report this arrest to the probation officer as required.

Dejuan Anderko Watkins
Docket No. 7:02-CR-106-1F
Petition For Action
Page 2

On October 14, 2013, the defendant committed the offense of Assault on a Female and Assault on a Child Under 12 Years of Age. According to the arrest warrant, the defendant pushed his girlfriend, Denise Burgess, and pushed her 8 year old son, Ashegton Hall down causing him to hit his head resulting in a laceration that required 7 stitches. The defendant was arrested and placed in custody under a $10,000 secured bond and the charges are pending trial.

On October 16, 2013, the probation officer spoke to the victim in the Assault on a Female charge and she expressed concern for the defendant's recent incidents of alcohol use. She said he has increased his drinking due to financial and employment stress. She was not seriously injured and is not afraid for her safety or the safety of her child. As such, we are recommending the court continue supervision but modify the conditions to require him to serve 90 days at a Residential Re-Entry Center and abstain from any further use of alcohol. This should serve as adequate punishment for the violations and allow him time to stabilize his residence and obtain new employment. Furthermore, he will be able to resume substance abuse and mental health treatment while at the facility. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall undergo placement in a residential reentry center for a period of 90 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: October 18, 2013 |

Dejuan Anderko Watkins
Docket No. 7:02-CR-106-1F
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 21st day of October, 2013, and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge