UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Dejuan Anderko Watkins**             **Docket No. 7:02-CR-106-1F**

## Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Dejuan Anderko Watkins, who, upon an earlier plea of guilty to 21 U.S.C.§ 846, Attempted Possession with intent to Distribute Cocaine Base (Crack), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on April 14, 2003, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On May 8, 2009, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment sentence was reduced from 188 months to 162 months. On October 9, 2012, pursuant to a second motion for reduction under 18 U.S.C. § 3582(c)(2), the sentence was reduced from 162 months to 115 months.

Dejuan Anderko Watkins was released from custody on October 10, 2012, at which time the term of supervised release commenced.

On October 21, 2013, the court was apprized the releasee had incurred new criminal charges including Driving While Impaired, Misdemeanor Child Abuse, Assault on a Female and Assault on a Child under 12 years of Age, in New Hanover County, Wilmington, NC. The court modified the releasee's conditions to include 90 days in a residential reentry center (RRC). The releasee completed his 90 days in the RRC on February 14, 2014.

Subsequently, on April 14, 2014, the releasee was sentenced to 150 days in Case # 13CR58852, Assault on a Child Under 12 Years of Age, in New Hanover County District Court, Wilmington, NC. On April 30, 2014, the releasee was sentenced to 2 years imprisonment, Case # 13CR58640, Driving While Impaired, New Hanover County District Court, Wilmington, NC. The term of supervised release was tolled while the releasee served his state sentences.

The releasee was released from the North Carolina Department of Corrections on March 13, 2015, at which time his term of supervised release recommenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 14, 2015, the releasee submitted a urine screen which revealed positive results for cocaine and Heroin. Upon questioning the releasee, he admitted to being depressed during that time as a result of marital problems and being unable to find work. He stated that he had since stopped turning to drugs as a coping mechanism and is trying hard to find employment as well as participating in his treatment.

Since Watkins releasee he has struggled with maintaining employment. He and his wife live in a low income housing development and still struggle to pay their bills. Upon release, he was instructed to make monthly payments towards his fine as ordered by the court. However, since his release, he has only made a couple of payments. On July 29, 2015, he signed an agreement to pay a minimum payment of $25 per month. The probation officer will monitor his compliance with the payment agreement.

Dejuan Anderko Watkins
Docket No. 7:02-CR-106-1F
Petition For Action
Page 2

The releasee has been referred to both mental health and substance abuse treatment at Coastal Horizons Center. Since his admission of drug use, his treatment and urinalysis has been intensified. It is recommended that the conditions of supervised release be modified requiring the releasee to serve two weekends in jail as a sanction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 weekends, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Pamela O. Thornton
> Pamela O. Thornton
> Senior U.S. Probation Officer
> 2 Princess Street Suite 308
> Wilmington, NC 28401-3958
> Phone: 910-679-2048
> Executed On: August 7, 2015

### ORDER OF THE COURT

Considered and ordered this _10'_ day of _August_, 2015 and ordered filed and made a part of the records in the above case.

_/s/ James C. Fox_
James C. Fox
Senior U.S. District Judge